Entered: January 4th, 2021
Signed: January 3rd, 2021
SO ORDERED



NANCY V. ALQUIST
U. S. BANKRUPTCY JUDGE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
BALTIMORE DIVISION

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| Victoria McLaughlin | ) | Case No. 20-14452-NVA |
| | ) | |
| Debtor. | ) | (Chapter 7) |

) ) ) ) ) ) ) ) ) ) ) ) )

**ORDER GRANTING
TRUSTEE'S APPLICATION FOR AUTHORITY AND APPROVAL TO EMPLOY
BK GLOBAL REAL ESTATE, LLC, AND
BETH BUSS, A MEMBER OF EXECUHOME REALTY,
AND APPROVE LISTING AGREEMENT FOR SALE OF REAL PROPERTY**

UPON CONSIDERATION of the Application to Retain BK Global Real Estate Services LLC, and Beth Buss, a Member of ExecuHome Realty, and Approve Listing Agreement for Sale of Property (the "Application"), and for good cause shown,

IT IS by the United States Bankruptcy Court for the District of Maryland:

ORDERED, that the Application be, and it hereby is, granted; and it is

FURTHER ORDERED, that the Trustee is hereby authorized to enter into the Listing Agreement attached to the Application and to retain BK Global to perform the services provided for therein with respect to the improved residential real property located at 3322 Ryerson Circle Halethorpe, Md 21227 (the "Property"); and it is

FURTHER ORDERED, that the Trustee is hereby authorized to retain Beth Buss, a Member of ExecuHome Realty (the "Local Listing Agent"), to perform the services described in the Application with respect to the Property; and it is

FURTHER ORDERED, that subject to Motion and Notice under § 363 and Bankruptcy Rules 2002 and 6004, the Trustee may compensate BK Global and the Local Listing Agent at settlement pursuant to Sections 327, 328(a) and 330 of the Bankruptcy Code, as described in the Application, without further order of this Court.

**Suggested Distribution List**:

Zvi Guttman, Trustee
The Law Offices of Zvi Guttman, P.A.
P.O. Box 32308
Baltimore, Maryland 21282

Alexander Sanchez
Sanchez Garrison & Associates, LLP
575 S. Charles St., Suite 404
Baltimore, MD 21201

Malcolm Brooks Savage
10021 Balls Ford Road, Suite 200
Manassas, VA  20109

Office of the U.S. Trustee
101 W. Lombard St., Room 2625
Baltimore, MD  21201

Victoria McLaughlin
3322 Ryerson Circle
Halethorpe, MD  21227

Patrick Butler
BK Global Real Estate Services
1095 Broken Sound Parkway NW, Suite 100
Boca Raton, FL  33487

Beth Buss
ExecuHome Realty
9512 Harford Rd., Suite 7
Parkville, MD 21234

**END OF ORDER**